B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re  Larry L. LeHew, Jr. & Mary B. LeHew ,  Case No. 10-16267
      Debtor                                                 Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Aurora Loan Services<br>10350 Park Meadows Dr St<br>Littleton, CO 80124 | Primary Residence |

Property will be *(check one)*:
☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
☑ Claimed as exempt      ☐ Not claimed as exempt

---

Property No. 2  *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Dominion Management Services, Inc.<br>426 Weems Lane<br>Winchester, VA 22601 | 2006 Toyota Avalon |

Property will be *(check one)*:
☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
☑ Claimed as exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1   NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br>☐ YES  ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br>☐ YES  ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br>☐ YES  ☐ NO |

___9___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 10-16267

/s/ Larry L. LeHew, Jr.
Signature of Debtor

/s/ Mary B. LeHew
Signature of Joint Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

| Property No: 3 | |
|---|---|
| **Creditor's Name:** Specialized Loan Servicing<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129 | **Describe Property Securing Debt:** 833 Winchester Ave |

Property will be *(check one):*

☐ Surrendered     ☑ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*
☑ Claimed as exempt     ☐ Not claimed as exempt

---

| Property No: 4 | |
|---|---|
| **Creditor's Name:** Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | **Describe Property Securing Debt:** 833 Winchester Ave |

Property will be *(check one):*

☐ Surrendered     ☑ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*
☑ Claimed as exempt     ☐ Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

**Property No: 5**

**Creditor's Name:**
GMAC Mortgage
3451 Hammond Ave
Waterloo, IA 50702

**Describe Property Securing Debt:**
404 & 406 S. Kentucky Ave.

Property will be  *(check one)*:

[✓] Surrendered        [ ] Retained

If retaining the property, I intend to  *(check at least one)*:

[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
[ ] Claimed as exempt        [✓] Not claimed as exempt

---

**Property No: 6**

**Creditor's Name:**
Onewest Bank
6900 Beatrice Drive
Kalamazoo, MI 49003

**Describe Property Securing Debt:**
517 & 517.5 Kentucky Ave.

Property will be  *(check one)*:

[✓] Surrendered        [ ] Retained

If retaining the property, I intend to  *(check at least one)*:

[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
[ ] Claimed as exempt        [✓] Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

Property No: 7

**Creditor's Name:**
American Home Mtg Servicing
11104 Menaul Blvd Ne
Albuquerque, NM 87112

**Describe Property Securing Debt:**
108 & 110 S. Kentucky Ave.

Property will be *(check one):*

☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*
☐ Claimed as exempt     ☒ Not claimed as exempt

---

Property No: 8

**Creditor's Name:**
Suntrust Mortgage
1001 Semmes Ave
Richmond, VA 23224

**Describe Property Securing Debt:**
218 & 220 S. Kentucky Ave.

Property will be *(check one):*

☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*
☐ Claimed as exempt     ☒ Not claimed as exempt

B8 (Official Form8)(12/08)  Page 6

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

| Property No: 9 | |
|---|---|
| **Creditor's Name:** American Home Mtg Servicing  11104 Menaul Blvd NE  Albuquerque, NM 87112 | **Describe Property Securing Debt:** 101 & 103 N. Kentucky Ave. |

Property will be   *(check one)*:

☑ Surrendered          ☐ Retained

If retaining the property, I intend to   *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No: 10 | |
|---|---|
| **Creditor's Name:** Bac Home Loans Servicing  450 American St  Simi Valley, CA 93065 | **Describe Property Securing Debt:** 2170 & 2172 Winchester Ave. |

Property will be   *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to   *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one)*:
☑ Claimed as exempt          ☐ Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

Property No: 11

**Creditor's Name:**
Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

**Describe Property Securing Debt:**
2170 & 2172 Winchester Ave.

Property will be *(check one):*
- [ ] Surrendered
- [✓] Retained

If retaining the property, I intend to *(check at least one):*
- [ ] Redeem the property
- [✓] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*
- [✓] Claimed as exempt
- [ ] Not claimed as exempt

---

Property No: 12

**Creditor's Name:**
Specialized Loan Servicing
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129

**Describe Property Securing Debt:**
651 Faulkner Ave.

Property will be *(check one):*
- [ ] Surrendered
- [✓] Retained

If retaining the property, I intend to *(check at least one):*
- [ ] Redeem the property
- [✓] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*
- [✓] Claimed as exempt
- [ ] Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

| Property No: 13 | |
|---|---|
| **Creditor's Name:** Bac Home Loans Servicing  450 American St  Simi Valley, CA 93065 | **Describe Property Securing Debt:** 651 Faulkner Ave. |

Property will be *(check one):*

- [ ] Surrendered
- [✓] Retained

If retaining the property, I intend to *(check at least one):*

- [ ] Redeem the property
- [✓] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*

- [✓] Claimed as exempt
- [ ] Not claimed as exempt

---

| Property No: 14 | |
|---|---|
| **Creditor's Name:** American Home Mtg Servicing  11104 Menaul Blvd NE  Albuquerque, NM 87112 | **Describe Property Securing Debt:** 518 West Addition St. |

Property will be *(check one):*

- [✓] Surrendered
- [ ] Retained

If retaining the property, I intend to *(check at least one):*

- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*

- [ ] Claimed as exempt
- [✓] Not claimed as exempt

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

**Property No: 15**

**Creditor's Name:** American Home Mtg Servicing
11104 Menaul Blvd NE
Albuquerque, NM 87112

**Describe Property Securing Debt:** 301 Western Ave.

Property will be *(check one)*:

[✓] Surrendered    [ ] Retained

If retaining the property, I intend to *(check at least one)*:
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
[ ] Claimed as exempt    [✓] Not claimed as exempt

---

**Property No: 16**

**Creditor's Name:** First Horizon Home Loans
PO Box 630148
Irving, TX 75063

**Describe Property Securing Debt:** 669 Faulkner Ave.

Property will be *(check one)*:

[ ] Surrendered    [✓] Retained

If retaining the property, I intend to *(check at least one)*:
[ ] Redeem the property
[✓] Reaffirm the debt
[ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
[✓] Claimed as exempt    [ ] Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

| Property No: 17 | |
|---|---|
| **Creditor's Name:**<br>Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | **Describe Property Securing Debt:**<br>527 West Race St. |

Property will be   *(check one):*

☐ Surrendered    ☑ Retained

If retaining the property, I intend to   *(check at least one):*

☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☑ Claimed as exempt             ☐ Not claimed as exempt

---

| Property No: 18 | |
|---|---|
| **Creditor's Name:**<br>Onewest Bank<br>6900 Beatrice Drive<br>Kalamazoo, MI 49003 | **Describe Property Securing Debt:**<br>384 Wilkes<br>Berkeley, WV |

Property will be   *(check one):*

☐ Surrendered    ☑ Retained

If retaining the property, I intend to   *(check at least one):*

☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☑ Claimed as exempt             ☐ Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**  - Continuation

---

| Property No: 19 | |
|---|---|
| **Creditor's Name:**<br>BB & T<br>PO Box 1847<br>Wilson, NC 27894 | **Describe Property Securing Debt:**<br>609 Martin |

Property will be  *(check one)*:

[✓] Surrendered          [ ] Retained

If retaining the property, I intend to  *(check at least one)*:

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
[ ] Claimed as exempt          [✓] Not claimed as exempt