# United States Bankruptcy Court

## Eastern District of Virginia

In re:    Larry L. LeHew, Jr                           Case No:  10-16267-SSM
          Mary B. LeHew


          Debtor(s)                                    Chapter:    7


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I certify under penalty of perjury that the foregoing is true and correct.


Date:   08/24/10                          Signature:   /s/   Larry L. LeHew, Jr
                                                       Debtor

Date:   08/24/10                          Signature:   /s/   Mary B. LeHew
                                                       Debtor


*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 year, or both.  18 U.S.C. §§ 152 and 3571*