**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ **Division**

In re

                                      Case No.
                    Debtor(s)
                                      Chapter

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

   \_\_\_ Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
   *Check if applicable:* \_\_\_ Soc. Sec. No. amended. [*If applicable*: An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on_____.\*]

   \_\_\_ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
   \_\_\_ Schedule A - Real Property
   \_\_\_ Schedule B - Personal Property
   \_\_\_ Schedule C - Property Claimed as Exempt
   \_\_\_ **Schedule D, E, or F, and/or List of Creditors or Equity Holders** – REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. ( *$26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* *Check applicable statement(s)*:

        \_\_\_ **Creditor(s) added**     \_\_\_ **Creditor(s) deleted**
        \_\_\_ **Change in amounts owed or classification of debt**
        \_\_\_ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed**. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**)
        \_\_\_ **Post-petition creditors added (Schedule of Unpaid Debts)**

   **REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.

   \_\_\_ Schedule G - Executory Contracts and Unexpired Leases
   \_\_\_ Schedule H – Codebtors
   \_\_\_ Schedule I - Current Income of Individual Debtor(s)
   \_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

   \_\_\_ Statement of Financial Affairs

   \_\_\_ Chapter 7 Individual Debtor's Statement of Intention

   \_\_\_ Chapter 11 List of Equity Security Holders

   \_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

   \_\_\_ Disclosure of Compensation of Attorney for Debtor

   \_\_\_ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____.

Date: _____

                                                        _____
                                                        Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                                        State Bar No.:
                                                       Mailing Address:

[amendcs ver. 10/2007]                                       Telephone No.:

UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In Re  Larry L. LeHew, Jr. & Mary B. LeHew                          Case No. 10-16267
                                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2010(db) | 0.00 | |
| 2009(db) | 0.00 | |
| 2008(db) | 0.00 | |
| 2010(jdb) | 57,563.20 | CIA Langley, VA |
| 2009(jdb) | 109,403.96 | CIA Langley, VA |

Amended

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2008(jdb) 102,611.00 | CIA Langley, VA |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2010 (db) | 7,966.00 | Retirement |
| 2009(db) | 13,656.00 | Retirement |

**3. Payments to creditors**

None ☒ Complete a. or b., as appropriate, and c.

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Gary Spurlock 40431 Featherbed Lane Lovettsville, VA 20180 | 04/30/10 | 20,320.00 | 460,000.00 |

*Amended*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| American Home Mtg Servicing<br>11104 Menaul Blvd NE<br>Albuquerque, NM 87112 | 07/01/10 | 1,114.00 | 131,250.00 |
| GMAC Mortgage<br>3451 Hammond Ave<br>Waterloo, IA 50702 | 07/01/10 | 1,375.00 | 154,037.00 |
| Suntrust Mortgage<br>1001 Semmes Ave<br>Richmond, VA 23224 | 07/01/10 | 1,066.00 | 132,000.00 |
| GMAC Mortgage<br>3451 Hammond Ave<br>Waterloo, IA 50702 | 07/01/10 | 898.00 | 97,032.00 |
| Suntrust Mortgage<br>1001 Semmes Ave<br>Richmond, VA 23224 | 07/01/10 | 1,034.00 | 115,200.00 |
| Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | 07/01/10 | 693.00 | 84,000.00 |
| Chase Mtg<br>PO Box 24696<br>Columbus, OH 43224 | 07/01/10 | 1,133.00 | 124,495.00 |
| Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | 05/10, 06/10, 07/10 | 621.00 | 19,500.00 |
| Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | 05/10, 06/10, 07/10 | 2,826.00 | 118,400.00 |
| Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | 05/10, 06/10, 07/10 | 3,057.00 | 119,886.00 |
| Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | 05/10, 06/10, 07/10 | 2,736.00 | 120,000.00 |
| Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | 05/10, 06/10, 07/10 | 3,198.00 | 131,877.00 |
| Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | 05/10, 06/10, 07/10 | 1,518.00 | 68,618.00 |
| Onewest Bank<br>6900 Beatrice Drive<br>Kalamazoo, MI 49003 | 05/10, 06/10, 07/10 | 1,821.00 | 67,308.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 32078301x00810 - PDF-XChange 3.0

Amended

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| GMAC Mortgage<br>3451 Hammond Ave<br>Waterloo, IA 50702 | 05/10, 06/10, 07/10 | 2,184.00 | 104,604.00 |
| GMAC Mortgage<br>3451 Hammond Ave<br>Waterloo, IA 50702 | 05/10, 06/10, 07/10 | 2,745.00 | 124,814.00 |
| Specialized Loan Servicing<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129 | 05/10, 06/10, 07/10 | 3,084.00 | 128,749.00 |
| Specialized Loan Servicing<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129 | 05/10, 06/10, 07/10 | 621.00 | 19,500.00 |
| Specialized Loan Servicing<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129 | 05/10, 06/10, 07/10 | 3,765.00 | 156,961.00 |
| Flagstar Bank<br>5151 Corporate Dr<br>Troy, MI 48098 | 05/10, 06/10, 07/10 | 2,667.00 | 119,931.00 |
| First Horizon Home Loans<br>PO Box 630148<br>Irving, TX 75063 | 05/10, 06/10, 07/10 | 2,634.00 | 90,000.00 |
| American Home Mtg Servicing<br>11104 Menaul Blvd NE<br>Albuquerque, NM 87112 | 05/10, 06/10, 07/10 | 1,575.00 | 53,053.00 |
| Suntrust Mortgage<br>1001 Semmes Ave<br>Richmond, VA 23224 | 05/10, 06/10, 07/10 | 1,842.00 | 70,000.00 |
| Suntrust Mortgage<br>1001 Semmes Ave<br>Richmond, VA 23224 | 05/10, 06/10, 07/10 | 3,498.00 | 125,910.00 |
| Suntrust Mortgage<br>1001 Semmes Ave<br>Richmond, VA 23224 | 05/10, 06/10, 07/10 | 2,880.00 | 124,000.00 |
| Chase Mtg<br>PO Box 24696<br>Columbus, OH 43224 | 05/10, 06/10, 07/10 | 1,578.00 | 127,980.00 |
| Jay Stekman<br>301 Reuben Circle<br>Martinsburg, WV 25401 | 05/10, 06/10, 07/10 | 2,088.00 | 84,000.00 |
| James Orndorff<br>361 Crestview Drive<br>Martinsburg, WV 25401 | 05/10, 06/10, 07/10 | 2,133.00 | 80,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 32078301x00810 - PDF-XChange 3.0

Amended

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | 05/10, 06/10, 07/10 | 3,201.00 | 128,857.00 |
| BB & T<br>PO Box 1847<br>Wilson, NC 27894 | 05/10, 06/10, 07/10 | 1,752.00 | 59,002.82 |
| BB & T<br>PO Box 1847<br>Wilson, NC 27894 | 05/10, 06/10, 07/10 | 2,598.00 | 82,821.42 |
| BB & T<br>PO Box 1847<br>Wilson, NC 27894 | 05/10, 06/10, 07/10 | 5,178.00 | 150,554.27 |
| BB & T<br>PO Box 1847<br>Wilson, NC 27894 | 05/10, 06/10, 07/10 | 3,300.00 | 101,817.43 |
| BB & T<br>PO Box 1847<br>Wilson, NC 27894 | 05/10, 06/10, 07/10 | 7,545.00 | 213,047.18 |
| BB & T<br>PO Box 1847<br>Wilson, NC 27894 | 05/10, 06/10, 07/10 | 3,789.00 | 120,603.97 |
| BB & T<br>PO Box 1847<br>Wilson, NC 27894 | 05/10, 06/10, 07/10 | 2,928.00 | 114,996.35 |
| Aurora Loan Services<br>10350 Park Meadows Dr St<br>Littleton, CO 80124 | 05/10, 06/10, 07/10 | 7,008.00 | 609,758.00 |

None

☐   *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Larry LeHew, Sr.<br>P.O. Box 1564<br>Front Royal, VA 22630<br>Relationship: Father | $1,062.36 Monthly from 07/01/09 to 02/048,498.88 | 8,498.88 | 50,000.00 |

Amended

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☒ a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ☒ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None ☒ a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Amended

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| John C. Morgan<br>John Carter Morgan Jr., PLLC<br>98 Alexandria Pike, Suite 10<br>Warrenton VA 20186 | 07/10 | $3,950.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 32078301x00810 - PDF-XChange 3.0

Amended

**10. Other transfers**

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☐

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Berkeley 106 N Maple Ave Trust | 2008 | 106 North Maple Ave. Martinsburg, WV Value $39,840.00 |
| Berkeley 109 Daniel St Trust | 2009 | 109 Daniel Street Martinsburg, WV Value $46,980 |
| Berkeley 113 Dailey St Trust | 2008 | 113 Dailey Street Martinsburg, WV Value $46,560 |
| Berkeley 114 N Maple Ave Trust | 2008 | 114 North Maple Ave Martinsburg, WV Value $48,120 |
| Berkeley 112 N Maple Ave Trust | 2008 | 112 North Maple Ave Martinsburg, WV Value $48,060 |
| Berkeley 118 N Maple Ave Trust | 2008 | 118 North Maple Ave Martinsburg, WV Value $55,260 |
| Berkeley 120 Valley St Trust | 2008 | 120 Valley Street Martinsburg, WV Value $41,400 |
| Berkeley 122 Valley St Trust | 2008 | 122 Valley Street Martinsburg, WV Value $34,260 |
| Berkeley 120 Woodbury Ave Trust | 2008 | 120 Woodbury Ave Martinsburg, WV Value $51,660 |

*Amended*

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Berkeley 128 Pennsylvania Trust | 2008 | 128 Pennsylvania<br>Martinsburg, WV<br>Value $48,060 |
| Berkeley 317 Hess Ave Trust | 2008 | 317 Hess Ave<br>Martinsburg, WV<br>Value $52,560 |
| Berkeley 427 Porter Ave Trust | 2008 | 427 Porter Ave<br>Martinsburg, WV<br>Value $45,420 |
| Berkeley 318 West John St Trust | 2008 | 318 West John Street<br>Martinsburg, WV<br>Value $64,200 |
| Berkeley 330 Kentucky Ave Trust | 2008 | 330 Kentucky Ave<br>Martinsburg, WV<br>Value $48,120 |
| Berkeley 409 West John St Trust | 2008 | 409 West John Street<br>Martinsburg, WV<br>Value $64,920 |
| Berkeley 419 Virginia Ave Trust | 2008 | 419 Virginia Ave.<br>Martinsburg, WV<br>Value $59,880 |
| Berkeley 422 Kentucky Ave Trust | 2008 | 422 Kentucky Ave.<br>Martinsburg, WV<br>Value $46,980 |
| Berkeley 430 East Race St Trust | 2008 | 430 East Race Street<br>Martinsburg, WV<br>Value $58,440 |
| Berkeley 500 Jasmine Lane Trust | 2008 | 500 Jasmine Lane<br>Martinsburg, WV<br>Value $68,640 |
| Berkeley 506 East Race St Trust | 2008 | 506 East Race street<br>Martinsburg, WV<br>Value $56,520 |
| Berkeley 527 West John St Trust | 2008 | 527 West John Street<br>Martinsburg, WV<br>Value $60,960 |
| Berkeley 530 Virginia Ave Trust | 2008 | 530 Virginia Ave.<br>Martinsburg, WV<br>Value $45,180 |
| Berkeley 610 E Molar Ave Trust | 2008 | 610 Molar Ave.<br>Martinsburg, WV<br>Value $63,780 |

Amended

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Berkeley 613 Buxton St Trust | 2008 | 613 Buxton Street<br>Martinsburg, WV<br>Value $38,220 |
| Berkeley 624 West Race Street Trust | 2008 | 624 West Race Street<br>Martinsburg, WV<br>Value $50,100 |
| Berkeley 804 New York Ave Trust | 2008 | 804 New York Ave.<br>Martinsburg, WV<br>Value $54,480 |
| Berkeley 810 West King StTrust | 2008 | 810 West King St.<br>Martinsburg, WV<br>Value $56,520 |

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Amended

**13. Setoffs**

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 32078301x00810 - PDF-XChange 3.0

    b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐

    a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| LeHew Rocky Top Management, LLC | 30-0420211 | 20711 Blue Ridge Mountain Rd. Paris, VA 20130 | Property Management | 04/09/2007 - Present |
| LeHew Rocky Top Properties, LLC | unknown | 20711 Blue Ridge Mountain Rd. Paris, VA 20130 | Property Management | 11/12/2003 - Present |
| Ridge Top I, LLC | unknown | 20711 Blue Ridge Mountain Rd. Paris, VA 20130 | Property Management | 03/09/2007 - 06/14/2010 |
| Ridge Top II, LLC | unknown | 20711 Blue Ridge Mountain Rd. Paris, VA 20130 | Property Management | 03/09/2007 - 06/14/2010 |
| Ridge Top III, LLC | unknown | 20711 Blue Ridge Mountain Rd. Paris, VA 20130 | Property Management | 03/09/2007 - 06/14/2010 |

Amended

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Ridge Top IV, LLC | unknown | 20711 Blue Ridge Mountain Rd. Paris, VA 20130 | Property Management | 03/09/2007 - 06/14/2010 |
| Ridge Top V, LLC | unknown | 20711 Blue Ridge Mountain Rd. Paris, VA 20130 | Property Management | 03/09/2007 - 06/14/2010 |
| Ridge Top VI, LLC | unknown | 20711 Blue Ridge Mountain Rd. Paris, VA 20130 | Property Management | 03/09/2007 - 06/22/2010 |

    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

| NAME | ADDRESS |
|---|---|
|  |  |

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Larry LeHew 20711 Blue Ridge Mountain Rd. Paris, VA 20130 |  |

*Amended*

None ☒    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Larry LeHew | 20711 Blue Ridge Mountain Rd.<br>Paris, VA 20130 |

None ☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

*Amended*

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*Amended*

---

**25. Pension Funds**

☒ None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  10-16267            Signature of Debtor        /s/ Larry L. LeHew, Jr.
                                                     LARRY L. LEHEW, JR.

Date  10-16267            Signature of Joint Debtor  /s/ Mary B. LeHew
                                                     MARY B. LEHEW

____0____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____     _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

# United States Bankruptcy Court
Eastern District of Virginia

In re:   Larry L. LeHew, Jr                                           Case No:  10-16267-SSM
         Mary B. LeHew

                  Debtor(s)                                           Chapter:   7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.


Date:   08/25/10                            Signature:   /s/   Larry L. LeHew, Jr
                                                         Debtor

Date:   08/25/10                            Signature:   /s/   Mary B. LeHew
                                                         Debtor


*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 year, or both.  18 U.S.C. §§ 152 and 3571*